FILED IN CHAMBERS
U.S.D.C. - Rome

MAR 2 0 2013

JAMES N. HATTEN, Clerk
        /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK; STEPHEN M. KLEIN; EUGENE F. LAWSON III; IRWIN W. BERMAN; CONSTANCE E. PERRINE; BENJAMIN J COHEN; GREGORY W. PATTEN; JULES N. GREENBLATT; SHANNON C. LIVENGOOD; KARIM W. LAWRENCE; and JEFFREY L. LEVINE,

    Defendants.

CIVIL ACTION

NO. 1:12-CV-1740-RLV

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan completed and filed by parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court , except as herein modified:

_____

_____

_____

SO ORDERED, this 20th day of MARCH, 2013.

/s/ Robert L. Vining Jr.

ROBERT L. VINING, JR.
Senior United States District Judge