UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**FILED IN CHAMBERS**
**U.S.D.C. - Rome**
MAR 2 5 2013
JAMES N. HATTEN, Clerk
By: Deputy Clerk

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON, et al.,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, et al.,

    Defendants.

CIVIL ACTION

NO. 1:12-CV-1740-RLV

O R D E R

Due to the nature of this case and the consolidation with the other cases, the scheduling order dated March 20, 2013 is deemed incorrect and is VACATED.

SO ORDERED, this 25th day of March, 2013.

_____
ROBERT L. VINING, JR.
Senior United States District Judge