FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 18 2013

JAMES N. HATTEN, CLERK
By: S. Brannon, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK, STEPHEN M. KLEIN, IRWIN W. BERMAN, BENJAMIN J. COHEN, JULES N. GREENBLATT, KARIM W. LAWRENCE, EUGENE F. LAWSON, III. JEFFREY L. LEVINE, SHANNON C. LIVENGOOD, GREGORY W. PATTEN, AND CONSTANCE E. PERRINE,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:12-CV-01740-RLV<br><br>CONSOLIDATED WITH<br>1:12-CV-00896-RLV<br>1:12-CV-01103-RLV<br>1:12-CV-01877-RLV |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on the 25th day of July, 2013, I served DEFENDANT STEPHEN M. KLEIN'S RESPONSES AND OBJECTIONS TO UNDERWRITERS' FIRST SET OF INTERROGATORIES and DEFENDANT STEPHEN M. KLEIN'S RESPONSES AND OBJECTIONS TO UNDERWRITERS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS upon the following Counsel of Record via email to the following addresses:

Alison A. Grounds
Alison.Grounds@Troutmansanders.Com

Andrew D. Horowitz
Horowitza@Deflaw.Com

Carey Menasco
Clmenasco@Liskow.Com

Christopher E. Adams
Adams@Khlawfirm.Com

Daniel Mcneel Lane, Jr.
Nlane@Akingump.Com

David Joel Marmins
David.Marmins@Agg.Com

David Lewis Balser
Dbalser@Kslaw.Com

Elisabeth L Baer
Elbaer@Liskow.Com

Elizabeth Gingold Greenman
Elizabeth.Greenman@Alston.Com

Erin Delatte
Eldelatte@Liskow.Com

Ezra H. Cohen
Ezra.Cohen@Troutmansanders.Com

Frank G. Podesta
Fpodesta@Bomarrice.Com

Gary D. Beelen
Gbeelen@Deflaw.Com

George A. Koenig
George@Koeniglawgroup.Com

James A Brown
Jabrown@Liskow.Com

James R. Doyle, II
Jdoyle@Lbbslaw.Com

Jeanne Simkins Hollis
Jshollis@Shlglaw.Com

Jeffrey D. Horst
Horst@Khlawfirm.Com

Joseph C. Chancey
Jchancey@Deflaw.Com

Joseph Matthew Maguire, Jr.
Mmaguire@Pcwlawfirm.Com

Jules N. Greenblatt
Jules711@Bellsouth.Net

Kimberly Lillian Myers
Kmyers@Rh-Law.Com

Lewis K. Loss
Lloss@Tljlaw.Com

Manuel Mungia
Mmungia@Akingump.Com

Matthew J. Dendinger
Mdendinger@Tljlaw.Com

Matthew Pepping
Mpepping@Akingump.Com

Meredith Riggs Guerrero
Mguerrero@Deflaw.Com

Natalie Diamond Sacha
Natalie.Sacha@Troutmansanders.Com

Richard A. Rice, Jr.
Rrice@Bomarrice.Com

Robert R. Long, IV
Robert.Long@Alston.Com

| | |
|---|---|
| S. Paul Smith<br>Psmith@Shlglaw.Com | Thomas Christopher Grant<br>Tgrant@Lbbslaw.Com |
| Scott Benjamin Riddle<br>Sbriddle@Mindspring.Com | Tony Glen Powers<br>Tpowers@Rh-Law.Com |
| Stephen M. Klein<br>Stephen@Tig360.Com | Tracy Klingler<br>Tklingler@Kslaw.Com |
| Theodore Joseph Sawicki<br>Tod.Sawicki@Alston.Com | William Thomas Lacy, Jr.<br>Tlacy@Lacysnyder.Com |
| Thomas B. Bosch<br>Tom.Bosch@Troutmansanders.Com | Zachary Andrew Mcentyre<br>Zmcentyre@Kslaw.Com |

RESPECTFULLY submitted, this 16th day of September, 2013.

_/s/ Stephen M. Klein_
Stephen M. Klein