IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>  Plaintiff,<br><br>VERSUS<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK, ET AL.,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:12-cv-01103-TCB<br><br><br>Consolidated, for Pre-trial and Discovery Purposes, with<br>1:12-cv-00896-RLV<br>1:12-cv-01740-TCB<br>1:12-cv-01877-RLV |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON<br><br>  Plaintiff,<br><br>VERSUS<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK, ET AL.,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:12-cv-01740-TCB<br><br><br>Consolidated, for Pre-trial and Discovery Purposes, with<br>1:12-cv-00896-RLV<br>1:12-cv-01103-TCB<br>1:12-cv-01877-RLV |

## ORDER

Considering the Joint Motion For Thirty Day Stay of Progressive Case Due to Settlement in Principle, filed by Plaintiff Progressive Casualty Insurance

4234534

Company and Defendant Federal Deposit Insurance Corporation as Receiver for Omni National Bank ("FDIC-R"), the parties to the above-captioned Civil Action No. 1:12-cv-01103 (the "Progressive Case"),

IT IS ORDERED that the parties to the Progressive Case be and are hereby granted a stay of all case deadlines in that case, including the deadline to file a joint case schedule, through and including June 15, 2015, in order to effectuate their settlement in principle of the Progressive Case.

SO ORDERED this 15th day of May, 2015.

_____
Hon. Timothy C. Batten, Sr.
United States District Court Judge
Northern District of Georgia

4234534