IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 1:12-cv-01740-TCB |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK, STEPHEN M. KLEIN, IRWIN W. BERMAN, BENJAMIN J. COHEN, JULES N. GREENBLATT, KARIM W. LAWRENCE, EUGENE F. LAWSON, III, JEFFREY L. LEVINE, SHANNON C. LIVENGOOD, GREGORY W. PATTEN, AND CONSTANCE E. PERRINE, | | |
| Defendants. | | |

## NOTICE OF APPEAL

Notice is hereby given that Certain Underwriters at Lloyd's, London,

Plaintiff in the above-styled case, hereby appeals to the United States Court of

Appeals for the Eleventh Circuit from the final judgment entered in this action on

October 12, 2016.

This 18th day of October, 2016.

1

*/s/ Joshua P. Gunnemann*

Joshua P. Gunnemann
Georgia Bar No. 152250
Tony G. Powers
Georgia Bar No. 586586

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street NE
Atlanta, GA 30303
Phone: 404-522-4700
Facsimile: 404-525-2224
jgunnemann@rh-law.com
tpowers@rh-law.com


Daniel McNeel Lane, Jr.
Texas Bar No. 00784441 *(Pro Hac Vice)*
Manuel Mungia, Jr.
Texas Bar No. 24060310 *(Pro Hac Vice)*
Matthew E. Pepping
Texas Bar No. 24065894 *(Pro Hac Vice)*
NORTON ROSE FULBRIGHT, LLP
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Phone: (210) 224-5575
Fax: (210) 270-7205
neel.lane@nortonrosefulbright.com
manuel.mungia@nortonrosefulbright.com
matthew.pepping@nortonrosefulbright.com

*Attorneys for Plaintiff Certain
Underwriters At Lloyd's, London*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2016, I electronically filed this NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

I hereby certify that the document has been mailed by United States Postal Service to the following parties:

| | |
|---|---|
| Jules N. Greenblatt<br>5284 Marston Road<br>Atlanta, Georgia  30360 | Stephen M. Klein<br>Star World, Inc.<br>15821 Ventura Blvd., Suite 560<br>Encino, California  91436 |
| Shannon C. Livengood<br>137 Johnson Ferry Road, Suite 2140<br>Marietta, Georgia  30068 | Karim W. Lawrence<br>1993 Normal Street<br>Decatur, Georgia  30032 |

This 18th day of October, 2016.

/s/ *Joshua P. Gunnemann*
Joshua P. Gunnemann
Ga. Bar No. 152250
ROGERS & HARDIN, LLP
2700 International Tower
229 Peachtree Street, NE
Atlanta, Georgia  30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

*Attorney for Plaintiff Certain Underwriters At Lloyd's, London*